UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 7310
RICHMOND, VIRGINIA 23219-3528

*Chambers of*
ROBERT E. PAYNE
*Senior United States District Judge*

(804) 916-2260

October 8, 2008

**VIA FACSIMILE**

Honorable Ortrie D. Smith
Chair, Judicial Conference Committee
 on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: <u>Calendar Year 2007 Filing</u>

Dear Judge Smith:

This responds to your letter dated September 8, 2008.

**Comment:** In Part VII, page 6, line 35 and page 15, lines 191-193, you listed "Atlas Copco AB" and "CNODE Ltd," which were not in your prior report.

**Response:** Atlas Copco AB was purchased on 11/14/07.
The Value Code is J.
The Gain Code is A.

This information was inadvertently omitted from Column D.

There is no CNODE Ltd. The correct name is CNOOC Ltd. Shares of CNOOC were purchased on the following dates in 2007 at the below listed Value Codes and with the below listed Gain Codes:

Buys:       3/01/07    Value Code J
            4/17/07    Value Code J

That buy information was inadvertently omitted from Column D. The sale information was correctly listed.

**Comment:** In Part VII, page 12, line 152, and page 13, lines 163-166, in your prior report you listed "SK telecom Ltd" and "Stolt Nielsen SA," but you did not list these assets in your current report.

Honorable Ortrie D. Smith
October 8, 2008


    **Response**: SK Telecom Ltd. Was sold on 3/19/07.
             The Value Code is J.
             The Gain Code is A.

             Stolt Nielsen SA was sold on 5/3/07.
             The Value Code is J.
             The Gain Code is A.

    This information was omitted inadvertently by the account
manager from the data supplied to me respecting sale transactions.


                Sincerely

                Robert E. Payne


/amh

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Payne, Robert E | 2. Court or Organization<br><br>USDC EDVA Richmond | 3. Date of Report<br><br>08/13/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III - Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>1000 E. Main Street, Suite 345<br>Richmond, Virginia 23219 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington & Lee University School of Law | January - April, 2007 | Lexington, Virginia | Teach | Lodging provided once a week at approximately $100 for 12 weeks |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Mastercard | Credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

ATTACHMENT VII A

This is a Smith Barney Rollover IRA account (48). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

As reported last year, all stocks in a similar account (49) were sold or transferred into this account. See 2005 Report, Attachment VII B.

| | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|
| | | | Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Bartney Mgd Mun. Fd | A | Int./Div. | K | T | | | | | |
| 2. Smith Barney Rollover Mgd Acct (48) | | | N | T | SEE ATTACHMENT VII A | | | | |
| 3. Smith Barney Rollover Mgd Acct (49) | | | M | T | SEE ATTACHMENT VII B | | | | |
| 4. Ninth & Cary & Assoc. | | | | | SEE ATTACHMENT VII C | | | | |
| 5. Smith Barney Mgd IRA Acct 16 ● | | | L | T | SEE ATTACHMENT VII D | | | | |
| 6. Mallen Research Ltd Pshp | | | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. * An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, no income to | | | | | | | | | |
| 9. report in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachments A and B sets forth under the heading "B" entries | | | | | | | | | |
| 10. reflecting dividends and interest paid within the IRA and under the heading "D" entries reflecting gains within the IRA. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | ATTACHMENT VII A | | | | | | |
| 14. ALL STOCK COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 15. Covidien Ltd | A | Dividend | J | T | | | | | |
| 16. Noble Corp | | None | J | T | | | | | |
| 17. Seagate Tech | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 18. Tyco Int'l Ltd | A | Dividend | J | T | Buy | 7/18 | J | | |
| 19. Tyco Int'l Ltd | | | J | T | Buy | 11/07 | J | | |
| 20. Tyco Elec Ltd | A | Dividend | J | T | Buy | 7/18 | J | | |
| 21. Tyco Elec Ltd | | | | | Buy | 11/07 | J | A | |
| 22. Tyco Elec Ltd | | | | | Buy | 11/09 | J | A | |
| 23. Weatherford Intl Ltd | | None | J | T | | | | | |
| 24. AFLAC Inc | A | Dividend | J | T | Buy | 7/26 | J | A | |
| 25. AT&T Inc | A | Dividend | J | T | Buy | 6/15 | J | A | |
| 26. Air Prod & Chem | A | Dividend | J | T | | | | | |
| 27. Akzo Nobel NV | | None | J | T | Buy | 9/19 | | A | |
| 28. Allied Irish Bks | A | Dividend | J | T | Buy | 9/18 | | | |
| 29. Altra Grp Inc | A | Dividend | J | T | | | | | |
| 30. Amazon Com Inc | | None | J | T | | | | | |
| 31. American Express Co | A | Dividend | J | T | | | | | |
| 32. Am Int'l Grp Inc | A | Dividend | J | T | Buy | 12/06 | J | | |
| 33. Amgen Inc | | None | J | T | | | | | |
| 34. Andarko Petrol. Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ALL STOCKS COMMON STOCK HELD AS OF 12/31/07

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Atlas Copco AB | A | Dividend | J | T | | | | | |
| 36.  Autodesk Inc | | None | J | T | | | | | |
| 37.  Avery Dennison Corp | A | Dividend | J | T | | | | | |
| 38.  AXA S.A. Spon | A | Dividend | J | T | | | | | |
| 39.  BAE Systems PLC | A | Dividend | J | T | Buy | 7/2 | J | A | |
| 40.  BP PLC | A | Dividend | J | T | Buy | 7/5 | J | | |
| 41.  BNP Paribus | A | Dividend | J | T | | | | | |
| 42.  Bk of America Corp | A | Dividend | J | T | | | | | |
| 43.  Bk of NY Mellon Corp | A | Dividend | J | T | | | | | |
| 44.  Bayer AG | A | Dividend | J | T | Buy | 10/15 | J | A | |
| 45.  Bed Bath & Beyond | | None | J | T | | | | | |
| 46.  Biogen IDEC Inc | | None | J | T | Buy | 3/29 | J | A | |
| 47.  Boeing Co. | A | Dividend | J | T | | | | | |
| 48.  Br. Airways PLC | | None | J | T | Buy | 7/11 | J | | |
| 49.  Br. Airways PLC | A | Dividend | J | T | Buy | 9/25 | J | | |
| 50.  Br. Am Tobacco PLC | A | Dividend | J | T | | | | | |
| 51.  Broadcom Corp | | None | J | T | Buy | 11/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

ALL STOCKS COMMON STOCK HELD AS OF 12/31/07

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CRH PLC | A | Dividend | J | T | | | | | |
| 53. Cablevision Sys. Corp | | None | J | T | | | | | |
| 54. Capital One Finl Corp | A | Dividend | J | T | | | | | |
| 55. Chubb Corp | A | Dividend | J | T | | | | | |
| 56. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 57. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 58. Comcast Corp | | None | J | T | | | | | |
| 59. Compass Grp. PLC | | None | J | T | | | | | |
| 60. Comverse Tech Inc | | None | J | T | | | | | |
| 61. Conoco Phillips | A | Dividend | J | T | Buy | 1/11 | J | A | |
| 62. Cree Inc | | None | J | T | | | | | |
| 63. Dell Inc | | None | J | T | | | | | |
| 64. Walt Disney Co | A | Dividend | J | T | | | | | |
| 65. E.I. DuPont de Nemours & Co | | None | J | T | | | | | |
| 66. EON AG | A | Dividend | J | T | | | | | |
| 67. Ebay Inc | | None | J | T | Buy | 3/14 | J | B | |
| 68. Echostar Com. Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 69. Electronic Arts | | None | J | T | Buy | 5/14 | J | A | |
| 70. Embarq Corp | A | Dividend | J | T | | | | | |
| 71. Ericsson LM Tel | A | Dividend | J | T | Buy | 1/11 | J | | |
| 72. Ericsson LM Tel | A | Dividend | | | Buy | 4/26 | J | | |
| 73. Ericsson LM Tel | A | Dividend | | | Buy | 12/3 | J | | |
| 74. Expedia Inc | | None | J | T | | | | | |
| 75. Fed. Hm Ln Mtg | | None | J | T | Buy | 7/25 | J | | |
| 76. Fed. Hm Ln Mtg | | None | J | T | Buy | 7/26 | J | | |
| 77. Fed. Hm Ln Mtg | | None | J | T | Buy | 9/20 | J | | |
| 78. Forest Labs Inc | | None | J | T | Buy | 11/30 | J | | |
| 79. France Telecom SA | A | Dividend | J | T | | | | | |
| 80. Genetech Inc | | None | J | T | | | | | |
| 81. General Elec. Co. | A | Dividend | J | T | Buy | 1/10 | J | | |
| 82. Genzyme Corp | | None | J | T | | | | | |
| 83. GlaxoSmith Kline PLC | A | Dividend | J | T | | | | | |
| 84. Grant Prideco Inc | | None | J | T | | | | | |
| 85. HSBC Hldg PLC | A | Dividend | J | T | Buy | 2/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

ALL STOCKS COMMON STOCK HELD AS OF 12/31/07

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86. Halliburton Co Hldgs Co. | A | Dividend | J | T | | | | | |
| 87. HBSOS PLC | A | Dividend | J | T | | | | | |
| 88. Home Depot Inc | A | Dividend | J | T | | | | | |
| 89. Honda Motor Co Ltd | A | Dividend | J | T | | | | | |
| 90. IAC Interactive Corp | | None | J | T | Buy | 10/9 | J | | |
| 91. ING Groep NV | A | Dividend | J | T | | | | | |
| 92. Intel Corp | A | Dividend | J | T | | | | | |
| 93. Intl Bus. Machines Corp | A | Dividend | J | T | | | | | |
| 94. JP Morgan Chase & Co | | None | J | T | Buy | 3/28 | J | | |
| 95. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 96. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 97. Koninkljke Phillips Elec | A | Dividend | J | T | | | | | |
| 98. Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 99. L3 Comm. Hldgs Inc | A | Dividend | J | T | | | | | |
| 100. Lehman Bros. Hldgs | A | Dividend | J | T | | | | | |
| 101. Liberty Global Inc | | None | J | T | | | | | |
| 102. Liberty Media Hldg | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 103. Loews Corp | A | Dividend | J | T | Buy | 8/20 | J | A | |
| 104. Loews Corp | A | Dividend | J | T | Buy | 9/19 | J | A | |
| 105. Loews Corp | A | Dividend | J | T | Buy | 10/26 | J | A | |
| 106. Manulife Finl Corp | A | Dividend | J | T | | | | | |
| 107. Marsh & McLennan Co | A | Dividend | J | T | | | | | |
| 108. McDonalds Corp | A | Dividend | J | T | | | | | |
| 109. Merrill Lynch & Co | A | Dividend | J | T | | | | | |
| 110. Microsoft Corp | A | Dividend | J | T | | | | | |
| 111. Millenium Pharm. Inc. | | None | J | T | | | | | |
| 112. Mitsubiski UFJ Finl | A | Dividend | J | T | Buy | 2/28 | J | | |
| 113. Mitsubiski UFJ Finl | A | Dividend | J | T | Buy | 8/23 | J | | |
| 114. News Corp | A | Dividend | J | T | | | | | |
| 115. Nokia Corp | A | Dividend | J | T | | | | | |
| 116. Novartis AG | A | Dividend | J | T | | | | | |
| 117. Pall Corp | A | Dividend | J | T | | | | | |
| 118. Pepisco Inc | A | Dividend | J | T | | | | | |
| 119. Pfizer Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 120. Precision Drilling Tr | A | Dividend | J | T | Buy | 6/5 | J | | |
| 121. Precision Drilling Tr | A | Dividend | J | T | Buy | 7/20 | J | | |
| 122. Precision Drilling Tr | A | Dividend | J | T | Buy | 10/23 | J | | |
| 123. Procter & Gamble | A | Dividend | J | T | | | | | |
| 124. Publicus Group | A | Dividend | J | T | | | | | |
| 125. Raythem Co. | A | Dividend | J | T | | | | | |
| 126. Reed Elsevier NV | A | Dividend | J | T | Buy | 6/22 | J | A | |
| 127. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 128. Sandisk Corp | | None | J | T | | | | | |
| 129. Sanofi-Aventis | A | Dividend | J | T | | | | | |
| 130. Sempra Energy | A | Dividend | J | T | | | | | |
| 131. Shinhan Finl Grp | A | Dividend | J | T | | | | | |
| 132. Sprint Nextel Corp | A | Dividend | J | T | | | | | |
| 133. Suncor Energy Inc | A | Dividend | J | T | | | | | |
| 134. TNT NV | A | Dividend | J | T | | | | | |
| 135. Target Corp | A | Dividend | J | T | | | | | |
| 136. Tate & Lyle PLC | A | Dividend | J | T | Buy | 7/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 137.  Tate & Lyle PLC | A | Dividend | J | T | Buy | 10/15 | J | | |
| 138.  Technip ADR | A | Dividend | J | T | Buy | 2/9 | J | A | |
| 139.  Technip ADR | A | Dividend | J | T | Buy | 5/10 | J | A | |
| 140.  Telefonica SA | A | Dividend | J | T | | | | | |
| 141.  Telenor SA | A | Dividend | J | T | | | | | |
| 142.  Telus Corp | A | Dividend | J | T | Buy | 12/19 | J | A | |
| 143.  Texas Instr. Inc | A | Dividend | J | T | Buy | 10/30 | J | A | |
| 144.  Textron Inc | A | Dividend | J | T | | | | | |
| 145.  Time Warner Inc | A | Dividend | J | T | | | | | |
| 146.  Total SA | A | Dividend | J | T | | | | | |
| 147.  Travelers Cos Inc | A | Dividend | J | T | | | | | |
| 148.  Unilever PLC | A | Dividend | J | T | | | | | |
| 149.  United Health Group | A | Dividend | J | T | | | | | |
| 150.  UPM Kymmene Corp | A | Dividend | J | T | Buy | 5/18 | J | | |
| 151.  Vinci SA | A | Dividend | J | T | Buy | 11/2 | J | | |
| 152.  Vodafone Grp PLC | A | Dividend | J | T | | | | | |
| 153.  Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/07 | | | | | | | | | |
| 154. Wellpoint Inc | | None | J | T | | | | | |
| 155. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 156. WM Wrigley Jr Co | | None | J | T | | | | | |
| 157. Yahoo Inc | | None | J | T | | | | | |
| 158. Zurich Finl Svcs | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 164. Abbott Labs | A | Dividend | | | Sell | 1/11 | J | A | |
| 165. ABN Ambro Hldg | A | Dividend | | | Sell | 4/16 | J | A | |
| 166. ABN Ambro Hldg | A | Dividend | | | Sell | 4/2 | J | A | |
| 167. ABN Ambro Hldg | A | Dividend | | | Sell | 7/13 | J | A | |
| 168. ABN Ambro Hldg | A | Dividend | | | Sell | 4/13 | J | A | |
| 169. Aktiebolaget Electrolux | A | Dividend | | | Sell | 1/30 | J | A | |
| 170. Aktiebolaget Electrolux | A | Dividend | | | Sell | 1/5 | J | A | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 171. Akzo Nobel NV | A | Dividend | | | Sell | 11/6 | J | A | |
| 172. Alltell Corp | A | Dividend | | | Sell | 8/10 | J | A | |
| 173. Alltell Corp | A | Dividend | | | Sell | 5/18 | J | A | |
| 174. Alltell Corp | A | Dividend | | | Sell | 5/21 | J | A | |
| 175. Amazon Com Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 176. Am Int'l Gp. Inc | A | Dividend | | | Sell | 10/22 | J | A | |
| 177. Am Int'l Gp. Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 178. AT&T Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 179. AXA SA | A | Dividend | | | Sell | 5/18 | J | A | |
| 180. BAE System PLC | A | Dividend | | | Sell | 10/18 | J | A | |
| 181. BAE System PLC | A | Dividend | | | Sell | 5/18 | J | A | |
| 182. Bk New York Mellon | A | Dividend | | | Sell | 7/2 | J | A | |
| 183. BNP Paribas | A | Dividend | | | | 5/18 | J | A | |
| 184. Boeing Co | A | Dividend | | | Sell | 7/26 | J | A | |
| 185. Boeing Co | A | Dividend | | | Sell | 5/18 | J | A | |
| 186. Br. Sky Broadcasting | | None | | | Buy | 5/17 | J | | |
| 187. Br. Sky Broadcasting | | None | | | Sell | 8/1 | J | A | |

1. Income Gain Codes:
   (See Columns B1 and D4)
2. Value Codes
   (See Columns C1 and D3)

3. Value Method Codes
   (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 188. Capital One Finl Corp | A | Dividend | | | Sell | 7/11 | J | A | |
| 189. Citadel Broadcasting | A | Dividend | | | Sell | 6/21 | J | A | |
| 190. Citadel Broadcasting | A | Dividend | | | Sell | 6/20 | J | A | |
| 191. CNODE Ltd | A | Dividend | | | Sell | 6/18 | J | A | |
| 192. CNODE Ltd | A | Dividend | | | Sell | 7/5 | J | A | |
| 193. CNODE Ltd | A | Dividend | | | Sell | 8/23 | J | A | |
| 194. Comcast | A | Dividend | | | Sell | 11/30 | J | A | |
| 195. Comcast | A | Dividend | | | Sell | 3/5 | J | A | |
| 196. Compass Group PLC | A | Dividend | | | Sell | 11/20 | J | A | |
| 197. Compass Group PLC | A | Dividend | | | Sell | 11/16 | J | A | |
| 198. Credit Suisse Group | A | Dividend | | | Sell | 5/18 | J | A | |
| 199. Expedia Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 200. Frontline Ltd | A | Dividend | | | Sell | 3/22 | J | | |
| 201. Frontline | A | Dividend | | | Sell | 4/9 | J | | |
| 202. Glaxo Smith Kline | A | Dividend | | | Sell | 2/15 | J | A | |
| 203. Goldman-Sachs Group Inc | A | Dividend | | | Sell | 10/22 | J | A | |
| 204. Goldman-Sachs Group Inc | A | Dividend | | | Sell | 10/9 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 205. Halliburton Co Hldgs Co | A | Dividend | | | Sell | 5/18 | J | A | |
| 206. Henderson Land Dev Ltd | A | Dividend | | | Sell | 8/16 | J | A | |
| 207. Henderson Land Dev Ltd | A | Dividend | | | Sell | 5/18 | J | A | |
| 208. Intl Bus Machines Corp | A | Dividend | | | Sell | 5/18 | J | A | |
| 209. Johnson & Johnson | A | Dividend | | | Sell | 5/18 | J | A | |
| 210. Kingfischer PLC | A | Dividend | | | Sell | 12/10 | J | | |
| 211. Kraft Foods Inc | A | Dividend | | | Sell | 4/10 | J | A | |
| 212. Kroger Co. | A | Dividend | | | Sell | 1/19 | J | A | |
| 213. L3 Comm. Hldgs Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 214. Liberty Media Hldgs | A | Dividend | | | Sell | 5/18 | J | | |
| 215. Masco Corp | A | Dividend | | | Sell | 8/14 | J | | |
| 216. Masco Corp | A | Dividend | | | Sell | 8/15 | J | | |
| 217. Masco Corp | A | Dividend | | | Sell | 8/17 | J | | |
| 218. Mediaset SPA | A | Dividend | | | Sell | 3/5 | J | | |
| 219. Newell Rubbermaid | A | Dividend | | | Sell | 4/23 | J | B | |
| 220. Nokia Corp | A | Dividend | | | Sell | 5/18 | J | B | |
| 221. Nokia Corp | A | Dividend | | | Sell | 11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 222. Pall Corp | A | Dividend | | | Sell | 5/18 | J | A | |
| 223. Parker-Hannifin Corp | A | Dividend | | | Sell | 8/13 | J | A | |
| 224. Parker-Hannifin Corp | A | Dividend | | | Sell | 8/1 | J | A | |
| 225. Pepisco Inc | A | Dividend | | | Sell | 11/5 | J | A | |
| 226. Pepisco Inc | A | Dividend | | | Sell | 5/18 | J | A | |
| 227. Petrochina Co Ltd | A | Dividend | | | Sell | 5/14 | J | A | |
| 228. Posco Spon | A | Dividend | | | Sell | 2/14 | J | A | |
| 229. Posco Spon | A | Dividend | | | Sell | 3/19 | J | A | |
| 230. Posco Spon | A | Dividend | | | Sell | 3/13 | J | A | |
| 231. Ptrocter & Gamble | A | Dividend | | | Sell | 3/13 | J | A | |
| 232. Publicas Groupe | A | Dividend | | | Sell | 11/1 | J | A | |
| 233. Rio Tinto PLC | A | Dividend | | | Sell | 7/13 | J | A | |
| 234. Royal Dutch Shell PLC | A | Dividend | | | Sell | 3/1 | J | A | |
| 235. Sanofi-Aventis | A | Dividend | | | Sell | 10/15 | J | A | |
| 236. Sempra Energy | A | Dividend | | | Sell | 5/18 | J | A | |
| 237. Ship Finance Intl | | None | | | Buy | 3/22 | J | A | |
| 238. Ship Finance Intl | | | | | Sell | 3/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCKS SOLD IN 2007 | | | | | | | | | |
| 239. Ship Finance Intl | | | | | Sell | 4/11 | J | A | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

ATTACHMENT VII B

This is a self-directed IRA, the capital of which all came from a cash transfer from the IRA account described in ATTACHMENT VII A.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Western Asset Money Market Fund | B | Interest | L | T | | | | | |
| 257. Citibank NA South Dakota Bank Deposit Program | B | Interest | K | T | | | | | |
| 258. Allstate Corp | A | Dividend | J | T | Buy | 11/8 | | | |
| 259. Wachovia Corp | A | Dividend | J | T | Buy | 11/8 | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

ATTACHMENT VII C


In 1987, while a member of McGuire, Woods, Battle & Boothe, now McGuireWoods (the "Law Firm"), I, like all other equity partners then in the Law Firm, became a limited partner in Ninth & Cary Associates Limited Partnership ("NCA"), a Virginia limited partnership. NCA was a limited partner in One James Center Associates, a Virginia limited partnership that owned the office building in Richmond, Virginia known as "One James Center" and its associated parking deck.

I never had any participation in the management of NCA. My ownership share as of December 31, 2007 was 1.28%. That share is expected to decrease over time because of my withdrawal from the Law Firm. It is not possible to affix a value to this inchoate interest in NCA.

In 2005, One James Center Associates sold the building. In 2007, I received a distribution of income (Code D) from NCA which was paid from payments made by the Law Firm on its debt for furnishings financed in 1999 by NCA pursuant to a Tax Exempt Adjustable Mode Industrial Refunding Development Bond.

## ATTACHMENT VII D


This is ██████████ managed IRA account which has in the past been reported as American Funds Euro-Pacific Fund and which the manager has reallocated to the several funds listed on the attached pages.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. American Century Int'l Bond | A | Interest | J | T | | | | | |
| 275. Davis NY Venture Fd Inc | A | Dividend | J | T | | | | | |
| 276. Dreyfus Premier Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 277. Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 278. Growth Fund of America | A | Dividend | J | T | | | | | |
| 279. Legg Mason Growth TR Inc | | None | J | T | | | | | |
| 280. RS Smaller Co. Growth Fund | | None | J | T | | | | | |
| 281. T. Rowe Price Equity Income Fund | | None | J | T | | | | | |
| 282. Royce Premier Fund | | None | J | T | | | | | |
| 283. Western Asset Govt Money Market Fund | A | Interest | J | T | | | | | |
| 284. Western Asset Core Plus Portfolio | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E | 08/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544